LUCY ANDERSON, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.

Argued April 26, 1937; decided May 25, 1937.

548

*Henry Pleus* and *Julius Datler* for appellant.

*Herman S. Axelrod* and *Milton Maurice Meyer* for Charles L. Meckenberg, *amicus curiæ.*

*Richard S. Holmes, Harold P. Winans* and *Wilber Stammler* for respondent.

Order affirmed, with costs. First and second questions certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.